## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 8th day of March, 2006, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the party listed below in the manner indicated.

## VIA FIRST CLASS U.S. MAIL

*Nortrax Equipment Co. South LA*
Attn:  President/CEO
P.O. Box 2201
Decatur, AL 35609

                                                                         *[signature]*
                                                                         Mary E. Augustine (No. 4477)

619650v1